UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLA FESTE, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br>　　　　Defendant. | No. EDCV 12-885 FFM <br><br> JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated April 30, 2013.

DATED:  April 30, 2013 

　　　　　　　　　　　　　　　　　　 /S/ FREDERICK F. MUMM 
　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　United States Magistrate Judge